IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-cv-02943 |
| : | |
| UNICARE AMBULANCE LLC, : | |
| PA PARAMEDICS LLC, : | |
| DAMON WADE, and : | |
| AMY WADE, : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this __10TH__ day of __JUL__, 2019, upon consideration of the United States' Motion to Enter Consent Judgment Consent Judgment, it is ORDERED that the Joint Motion is GRANTED. The Clerk of the Court shall enter Judgment in favor of the United States and jointly and severally against defendants Unicare Ambulance LLC, PA Paramedics LLC, Damon Wade, and Amy Wade in the amount of $459,907.42 as the final JUDGMENT in this action.

It is FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
*Judge, United States District Court*